THE PEOPLE OF THE STATE OF ILLINOIS, FOR USE, ETC.,

v.

WILLIAM W. FOSTER ET AL.

*Sheriff—Bond—Debt—Practice.*

In an action upon a sheriff's bond to recover moneys alleged to be unlawfully retained by him, this court, in consideration of the importance of the question involved, declines to interfere with the judgment for defendant, with a view to expediting a consideration of the case by the Supreme Court.

[Opinion filed November 23, 1888.]

APPEAL from the Circuit Court of Macon County; the Hon. C. B. SMITH, Judge, presiding.

Mr. EDWARD P. VAIL, for appellant.

Messrs. JOHNS & RANDOLPH, CREA & EWING, MILLS BROS., and BUNN & PARK, for appellees.

*Per Curiam.* This was an action of debt on the official bond of the sheriff of Macon county, to recover various sums unlawfully retained by the sheriff, as alleged, and sundry amounts illegally claimed by the sheriff, as alleged, and allowed him by the county board.

The declaration contained twenty-seven breaches. To the greater number of these breaches a demurrer was sustained, and to certain pleas which were interposed to remaining

breaches a demurrer was overruled, and final judgment was rendered against the plaintiffs.

Several important questions of law arise upon these rulings, and it seems important that there should be an authoritative settlement of these questions as early as possible.    While we are not entirely satisfied with the conclusion of the Circuit Court as to some of the points involved, we deem it advisable to affirm the judgment in order that the case may go to the Supreme Court without the delay and expense that would be occasioned by a reversal in this court.

The judgment will therefore be affirmed.

*Judgment affirmed.*